# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON D. SEYMOUR,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**WASCO STATE PRISON ADMINISTRATION, et al.,**<br><br>　　　　**Defendants.** | **CASE NO. 1:21-cv-01485-AWI-EPG (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 14) |

Plaintiff Aaron D. Seymour is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 27, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's Eighth Amendment conditions of confinement claim against defendants Doe 1, Degough, and Doe 2," and that "[a]ll other claims be dismissed." Doc. No. 14 at 18. Plaintiff was provided an opportunity to file objections to the findings and recommendations. Id. Plaintiff filed his objections on January 5, 2022. Doc. No. 15.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 14) that were issued on December 27, 2021, are ADOPTED in full;
   a. This case shall proceed on Plaintiff's Eighth Amendment conditions of confinement claim against Defendants Doe 1, Degough, and Doe 2;
   b. All other claims are DISMISSED;
2. The Clerk of Court is directed to reflect the dismissal of all Defendants currently listed on the Court's docket, and to add Defendants Doe 1 (the Warden of Wasco State Prison); Degough (the Wasco State Prison Water System Contractor), and Doe 2 (the head of the Health and Safety Division of Wasco State Prison); and
3. This case is REFERRED BACK to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  January 10, 2022

SENIOR  DISTRICT  JUDGE

2