UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>                                  Plaintiff,<br><br>       v.<br><br>DOE 1, et al.,<br><br>                                  Defendants. | Case No. 1:21-cv-01485-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE RESPONSE TO COMPLAINT<br><br>(ECF No. 33) |

On April 27, 2022, Defendants filed a motion for an extension of time to file their responsive pleading. (ECF No. 33). Defense counsel states that he has been diligently investigating Plaintiff's allegations. (Id. at 1). "However, because the case involves complex issues of ground water contamination and complex medical claims, counsel requires more time to do an adequate analysis and prepare a response. Also, Plaintiff has indicated an intent to pursue this claim as a class action, has contacted Plaintiff['s] counsel in the class action matter of *Plata v. Newsom*, Case No. 01-cv-01351-JST, who, in turn, have contacted CDCR regarding the issue. Although the two sides have not yet come to an agreement as to whether this claim falls within the scope of *Plata*, should be its own class action, or proceed as is, it would be prudent to extend deadlines in order that those determinations can be made." (Id. at 1-2). Defendants ask that they be given until July 1, 2022, to file their responsive pleading. (Id. at 2).

The Court finds good cause to grant Defendants' motion.

1

Accordingly, IT IS HEREBY ORDERED that Defendants have until July 1, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated: __**May 2, 2022**__               /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE