UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. SHIRLEY, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01485-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 28, 29)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT |

Aaron D. Seymour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 4, 2022, Plaintiff filed a motion for leave to supplement his complaint to add a retaliation claim against Lt. Ledbetter. (ECF No. 28). On April 11, 2022, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motion for leave to supplement his complaint be DENIED." (ECF No. 29, p. 5).

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on April 11, 2022, are adopted in full; and

2. Plaintiff's motion for leave to supplement his complaint is DENIED.

IT IS SO ORDERED.

Dated:  July 15, 2022                              _____
                                                                    SENIOR DISTRICT JUDGE