## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                **JUDGMENT IN A CIVIL CASE**

**AARON D. SEYMOUR,**

                                                CASE NO: **1:21–CV–01485–AWI–EPG**

              v.

**H. SHIRLEY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/29/2022**

                                                  **Keith Holland**
                                                  Clerk of Court

ENTERED:  **July 29, 2022**

                                        by: /s/ S. Sant Agata
                                                Deputy Clerk